# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:08CV150-V

| | |
|---|---|
| RUFUS MCCRARY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| SCHELL & KAMPETER, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Application for Admission to Practice Pro Hac Vice [for James Derrick Quattlebaum]" (documents #2) filed February 17, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: February 18, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge